AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| State of South Carolina<br>*Plaintiff*<br>v.<br>United States; United States Department of Energy; Rick Perry, in his official capacity as Secretary of Energy; National Nuclear Security Administration; and Lt. General Frank G. Klotz, in his official capacity as Administrator of the National Nuclear Security Administration and Undersecretary for Nuclear Security,<br>*Defendants* | Civil Action No.   1:16-00391-JMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ other: summary judgment is entered for the Plaintiff with prejudice against the Defendants as to Plaintiff's requested relief for an injunctive order compelling Defendant Secretary of Energy to remove from South Carolina one metric ton of defense plutonium and the court shall retain jurisdiction to enforce the terms of the injunctive order. The court further orders the Plaintiff shall take nothing of the Defendants as to the Plaintiff's first cause of action and this claim is dismissed with prejudice.  It is also ordered that the Plaintiff shall take nothing of the Defendants as to the Plaintiff's third cause of action and this claim is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The Court having granted in part the defendants' motion to dismiss and granted in part the plaintiff's motion for summary judgment and order for injunctive relief.

Date:   December 27, 2017

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*