FILED: December 18, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1148
(1:16-cv-00391-JMC)
_____

STATE OF SOUTH CAROLINA

      Plaintiff - Appellee

v.

UNITED STATES OF AMERICA; RICK PERRY, in his official capacity as Secretary of the United States Department of Energy; NATIONAL NUCLEAR SECURITY ADMINISTRATION; STEVEN C. ERHART, in his official capacity as Acting Under Secretary for Nuclear Security and NNSA Administrator; UNITED STATES DEPARTMENT OF ENERGY

      Defendants - Appellants

_____

M A N D A T E
_____

The judgment of this court, entered October 26, 2018, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*