```
 1  JEAN E. WILLIAMS
    Deputy Assistant Attorney General
 2  DAVID L. NEGRI, Trial Attorney
 3  U.S. Department of Justice
    Environment and Natural Resources Div.
 4  c/o U.S. Attorney's Office
    800 Park Blvd., # 600
 5  Boise, Idaho 83712
 6  (208) 334-1936
    david.negri@usdoj.gov
 7
 8  Attorneys for the United States of America
    and all Defendants
 9
                    IN THE UNITED STATES DISTRICT COURT
10                      FOR THE DISTRICT OF NEVADA
11
    STATE OF NEVADA,                    )  Case No. 3:18-cv-569-MMD-CBC
12                                      )
                                        )
13         Plaintiff,                   )
                                        )
14         vs.                          )  DECLARATION OF BRUCE M.
                                        )  DIAMOND
15  UNITED STATES; UNITED STATES        )
16  DEPARTMENT OF ENERGY; RICK          )
    PERRY, in his official capacity as Secretary )
17  of Energy; NATIONAL NUCLEAR         )
    SECURITY ADMINISTRATION; and        )
18  LISA E. GORDON, in her official capacity )
19  as Administrator of the National Nuclear )
    Security Administration and Undersecretary )
20  for Nuclear Security,               )
                                        )
21         Defendants.                  )
22  _____)
```

I, Bruce M. Diamond, declare as follows:

1. I am the General Counsel for the National Nuclear Security Administration ("NNSA").

2. After further review of the unusual circumstances surrounding the release of information concerning the shipment of plutonium to Nevada in compliance with the injunction issued by the U.S. District Court in South Carolina and the need to protect national security while providing as much transparency as feasible, the Department of Energy ("DOE") has determined that certain information relevant to the Nevada litigation is now declassified and it may now provide additional information to the Court and the parties.

3. In order to provide security for its shipments of these kinds of materials DOE normally will not release information about the status of the shipment(s) until sometime after the shipping "campaign" is concluded. The agency originally determined that all shipments related to compliance with the order of the U.S. District Court in South Carolina constituted one campaign. After due consideration, and in light of the factors set out above, DOE has now decided that it may consider the shipment of plutonium to Nevada under the court order as a separate campaign.

4. Because sufficient time has now elapsed after conclusion of this campaign, DOE may now publicly state that it has completed all shipment of plutonium (approximately ½ metric ton) to Nevada pursuant to its efforts to comply with the South Carolina U.S. District Court order. Although the precise date that this occurred cannot be revealed for reasons of operational security, it can be stated that this was done before November 2018, prior to the initiation of the litigation.

**DECLARATION OF BRUCE M. DIAMOND – Page 1**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on January 30, 2019          By: _____
Bruce M. Diamond
General Counsel
National Nuclear Security Administration

**DECLARATION OF BRUCE M. DIAMOND – Page 2**

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed on January 30, 2019, with the Clerk of the Court and served using the CM/ECF system upon the following parties/attorneys of record:

**Charles J Fitzpatrick**
Egan Fitzpatrick Malsch & Lawrence PLLC
7500 Rialto Blvd.,
Building 1, Suite 250
Austin, TX 78735
210-496-5001
Email: cfitzpatrick@nuclearlawyer.com

**Daniel P Nubel**
Nevada Office of the Attorney General
100 N. Carson St.
Carson City, NV 89701
775-684-1225
Fax: 775-684-1108
Email: dnubel@ag.nv.gov

**John W Lawrence**
Egan Fitzpatrick Malsch & Lawrence PLLC
7500 Rialto Blvd.
Building 1, Suite 250
Austin, TX 78735
210-496-5001
Email: jlawrence@nuclearlawyer.com

**Marta A. Adams**
Nevada Attorney General
100 North Carson Street
Carson City, NV 89701-4717
775 6841237
Fax: 775 6841103
Email: madams@ag.nv.gov

**Martin G Malsch**
Egan Fitzpatrick Malsch & Lawrence
1776 K Street, NW
2nd Floor
Washington, DC 20006
202-466-3106
Email: mmalsch@nuclearlawyer.com

**C. Wayne Howle**
Nevada Attorney General's Office
100 N Carson St
Carson City, NV 89701-4717
(775) 684-1227
Fax: (775) 684-1108
Email: whowle@ag.nv.gov

**John Patrick Desmond**
Dickinson Wright PLLC
100 W Liberty Street
Suite 940
Reno, NV 89501
775-343-7500
Fax: 775-786-0131
Email: jdesmond@dickinsonwright.com

**Randolph R. Lowell**
Willoughby & Hoefer, P.A.
133 River Landing Dr.
Suite 200
Charleston, SC 29492
843-619-4426
Fax: 803-256-8062

**Robert D. Cook**
Office of the Attorney General
P.O. Box 11549
Columbia, SC 29211-1549
803-734-3970
Fax: 803-734-2981

**Brian R. Irvine**
Dickinson Wright
100 W Liberty St Ste 940
Reno, NV 89501
775-343-7500
Fax: 775-786-0131
Email: birvine@dickinsonwright.com

/s/ David L. Negri
David L. Negri
United States Department of Justice

**DECLARATION OF BRUCE M. DIAMOND – Page 4**